### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH EGAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DELAWARE RIVER PORT AUTHORITY** | : | **NO. 15-3695** |

### ORDER

**NOW**, this 9th day of May, 2017, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

/s/TIMOTHY J. SAVAGE